UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

Case No.  9:23-cv-81034

KRISTINA COOKE,

       Plaintiff,

v.

PALM BEACH COUNTY SHERIFF'S OFFICE,
CASANDRA SCHWARTZ, in her individual
capacity, RYAN DALTON, in his individual
capacity, and LEROY HOUCK, in his individual
capacity,

       Defendants.

_____/

### DEFENDANTS' NOTICE OF REMOVAL

The Defendants, PALM BEACH COUNTY SHERIFF'S OFFICE, and CASANDRA SCHWARTZ, RYAN DALTON, and LEROY HOUCK, in their individual capacity, through undersigned counsel, pursuant to Title 28 U.S.C. §1441, hereby file this Notice of Removal of the case styled Cooke v. Palm Beach County Sheriff's Office, et al., Case No. 2022-CA-011873, which was filed in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County Florida. As grounds for this removal, Defendants state the following:

1.      On December 3, 2022, the Plaintiff filed a Complaint naming as a Defendants Palm Beach County Sheriff's Office, Casandra Schwartz, Ryan Dalton, and Leroy Houck.  The Complaint asserts the following claims: Count I – 42 U.S.C. § 1983 Against Individual Defendants; Count II – 42 U.S.C. § 1983 (PBSO); Count III – Abuse of Process (All Defendants); Count IV – Intentional Infliction of Severe Emotional Distress (All Defendants); Count V – Negligence (All Defendants);

1

Count VI – Civil Conspiracy (All Defendants).  Counts I and II are based on violations of the United

States Constitution and brought pursuant to 42 USC Section 1983.

2.       This is an action which may properly be removed to this Court pursuant to 28 U.S.C.

§ 1441. That provision states:

> Except as otherwise expressly provided by Act of Congress, any civil
> action brought in a State court of which the district courts of the
> United States have original jurisdiction, may be removed by the
> defendant or the defendants, to the district court of the United States
> for the district and division embracing the place where such action is
> pending.

28 U.S.C. § 1441(a).

3.       The Court has original federal question jurisdiction over the action pursuant to 28

U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3) because Plaintiff asserts a claim that arises under the

federal laws of the United States, namely 42 U.S.C. § 1983, and seeks redress for alleged

deprivations, under color of state law, of rights secured by the United States Constitution. Thus, the

case is removable pursuant to 28 U.S.C. § 1441(a).

4.       Pursuant to 28 U.S.C. § 1367(a):

> Except as provided in subsections (b) and (c) or as expressly provided
> otherwise by Federal statute, in any civil action of which the district courts
> have original jurisdiction, the district courts shall have supplemental
> jurisdiction over all other claims that are so related to claims in the action
> within such original jurisdiction that they form part of the same case or
> controversy under Article III of the United States Constitution. Such
> supplemental jurisdiction shall include claims that involve the joinder or
> intervention of additional parties.

28 U.S.C. § 1367(a). Plaintiff has also alleged state law claims against the Defendants in the

Complaint. This Court has supplemental jurisdiction over the state claim pursuant to 28 U.S.C. §

1367(a), as they arise from the same factual circumstances that form the basis for the federal claims

and are so related to the claims under which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the Constitution. Accordingly, Defendants request that this Court accept supplemental jurisdiction as to the state law claims set forth in the Complaint.

5.  When a civil action is removed solely under 28 U.S.C. § 1441(a), all defendants who have been served must join in or consent to the removal of the action. 28 U.S.C. § 1446(b)(2)(A). Defendant Palm Beach County Sheriff's Office, Casandra Schwartz, Ryan Dalton and Leroy Houck consent to this removal.

6.  Defendants were served on June 29, 2023. Pursuant to 28 U.S.C. §1446(b)(1), this Notice of Removal is timely, being filed within thirty (30) days of service of Complaint upon the Defendants.

7.  Pursuant to 28 U.S.C. §§ 1446(a) and 1447(b) copies of all process, pleadings, orders, and other papers or exhibits of every kind currently on file in the state court are being filed contemporaneously herewith. (Composite Exhibit 1).

8.  Venue is proper in the West Palm Beach Division of the Southern District of Florida pursuant to Rule 3.1 of the Local Rules of the United States District Court for the Southern District of Florida, as the case is being removed from the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. See also 28 U.S.C. 1441(a) and 1446(a).

9.  Concurrent with the filing of this Notice of Removal with this Court, the Defendants will provide Notice of Removal to the Plaintiff, through the attorney of record in the state Circuit Court action, as required by 28 U.S.C. §1446(d), as well as Notice to the Clerk of Court in and for the Fifteenth Judicial Circuit Court for Palm Beach County, State of Florida.

10.  A Civil Cover Sheet is attached hereto. (Exhibit 2).

WHEREFORE, Defendants request that this action be removed to this Court, and that this Court assume jurisdiction of this action pursuant to 28 U.S.C. §§ 1331, 1367, and 1441.

Respectfully submitted,

*/s/ Christy M. Imparato*
CHRISTY M. IMPARATO
Fla. Bar No.: 0084631
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
Attorneys for Defendant
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone (954) 462-3200
Email: christy@purdylaw.com; patty@purdylaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed a copy of the forgoing with the Clerk of the Court by using the CM/ECF filing system, which will send a notice of electronic filing to: **ADAM FARBER, ESQUIRE,** Law Offices of Adam Farber, P.A., 1500 Gateway Blvd., Suite 220, Boynton Beach, Florida 33426 (Email: afarber@adamfarberlaw.com),  this **14th** day of July, 2023.

*/s/ Christy M. Imparato*
CHRISTY M. IMPARATO, ESQUIRE
Fla. Bar No. 84631
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:     (954) 462-3200
E-mail:  Christy@purdylaw.com; Patty@purdylaw.com
Attorney for *Defendants*
Trial Counsel

4